JUDGE COTE

SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
Attorneys for Plaintiff
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580
Peter S. Shukat, Esq. (PSS 8078)
Dorothy M. Weber, Esq. (DMW 4734)

08 CIV 6143

RECEIVED JUL 03 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FIFFY-SIX HOPE ROAD MUSIC LIMITED

        Plaintiff,

        v.

UMG RECORDINGS, INC.

        Defendant.
-----------------------------------------------------------------X

08 CIV _____

RULE 7.1
**STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FIFTY-SIX HOPE ROAD MUSIC LIMITED (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

        NONE

Dated:   New York, New York
          July 3, 2008

        SHUKAT ARROW HAFER WEBER
        & HERBSMAN, L.L.P.

        By: /s/ Dorothy M. Weber
        Dorothy M. Weber (DW 4734)
        Peter S. Shukat, Esq. (PS 8078)
        Attorneys for Plaintiffs
        111 West 57th Street, Suite 1120
        New York, New York 10019